UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMIC TRADING (PTY) LTD.,

                    Plaintiff,

-v-

TRU KIDS INC.,

                    Defendant.

21-CV-600 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on January 22, 2021. Counsel for the plaintiff has not yet appeared. Counsel is directed to file an appearance with this Court no later than May 7, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by April 30, 2021.

    SO ORDERED.

Dated: April 27, 2021
       New York, New York

                                                _____
                                                   J. PAUL OETKEN
                                               United States District Judge